# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

WASHINGTON MUTUAL FINANCE GROUP, LLC,
SUCCESSOR-IN-INTEREST TO CITY FINANCE
COMPANY, USLIC, ASIC, ABIC of FL AND ABAC
of FL                                                                                                          PLAINTIFFS

VS.                                            CIVIL ACTION NO.: 5:03cv567DPJ-JMR

CARRIE FELTON, ALMA GOWER, DENISE
FREEMAN, THEODIS FREEMAN, ALDORIA
MOSELEY, CHERYL SAVAGE, ANGELA SULTAN,
and ZERIA TAYLOR                                                                                DEFENDANTS

### AGREED ORDER OF DISMISSAL

THIS DAY, THIS CAUSE came on to be heard on the joint *ore tenus* motion of the parties to dismiss with prejudice the claims of all Plaintiffs in this action; and the Court, being fully advised that the claims of the Plaintiffs in this action have been resolved by the class action settlement in the case of *Baker, et. al. v. Washington Mutual Finance Group, LLC, et. al.*, in the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:04cv137G-R, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted in this action by all Plaintiffs shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 28th day of November, 2006.

                                                                  s/ *Daniel P. Jordan III*
                                                                  UNITED STATES DISTRICT JUDGE

1899322.1/12893.15123

APPROVED AND AGREED:

/s/ Katharine M. Samson
Counsel for Defendant Washington Mutual
Finance Group, LLC

/s/ Randy L. Dean
Counsel for Defendants American Security
Insurance Company, Union Security Life
Insurance Company, American Bankers
Insurance Company of Florida, American
Bankers Life Assurance Company of Florida